J-S10030-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| EDWIN VELEZ-RIVERA | : | |
| | : | |
| Appellant | : | No. 2564 EDA 2022 |

Appeal from the Judgment of Sentence Entered July 22, 2022
In the Court of Common Pleas of Monroe County Criminal Division at
No(s): CP-45-CR-0002258-2020

BEFORE:  PANELLA, P.J., LAZARUS, J., and STABILE, J.

JUDGMENT ORDER BY LAZARUS, J.:                    **FILED APRIL 25, 2023**

Edwin Velez-Rivera appeals from the judgment of sentence entered in the Court of Common Pleas of Monroe County.  We affirm.

Following trial, a jury convicted Velez-Rivera of various sexual offenses against his two minor daughters.[1]  The trial court sentenced Velez-Rivera to

---

[1] For several years, Velez-Rivera "systematically, continuously, regularly, and repeatedly sexually assaulted both children."  Trial Court Opinion, 12/12/22, at 1.  "Suffice it to say that the assaults consisted of unspeakable acts that included, but are certainly not limited to, penile, digital, and oral penetration of both girls."  ***Id.***  The victims were between the ages of 10 and 12 at the time of the assaults.  Velez-Rivera documented the sexual assaults through photographs and videos, which he saved to his electronic devices.  Thirty-one videos and 316 photographs were recovered.  ***Id.*** at 2.  Velez-Rivera filed a separate appeal at 2634 EDA 2022 from the judgment of sentence entered with respect to CP-45-CR-0002259-2020, relating to the child pornography offenses (21 counts of creation and 21 counts of possession of child pornography relating to the videos, one count of possessing more than 200 still images of child pornography, and one count of criminal use of a communications facility).  That appeal was dismissed for failure to comply with
*(Footnote Continued Next Page)*

128 to 262 years' imprisonment. Velez-Rivera filed a post-sentence motion, which the court denied, followed by this timely appeal. Both Velez-Rivera and the trial court have complied with Pa.R.A.P. 1925. On appeal, Velez-Rivera challenges the discretionary aspect of his sentence, arguing his sentence, virtually a life sentence, was excessive. Velez-Rivera has included a Pa.R.A.P. 2119(f) statement in his brief, asserting his sentence was manifestly excessive as it "would span two lifetimes." Appellant's Brief, at 6. We accept that Velez-Rivera raises a substantial question, given the aggregate length of the sentence imposed, but we conclude no relief is due. **See Commonwealth v. Prisk**, 13 A.3d 526 (Pa. Super. 2011) (sentence of 633 to 1,500 years' imprisonment for 314 offenses, including multiple counts of rape, involuntary deviate sexual intercourse, and indecent assault, not excessive; defendant's convictions stemmed from systematic sexual abuse of stepdaughter, which occurred on almost daily basis over course of six years, and court did not impose consecutive sentences for every count).

After our review, we find no abuse of discretion and we rely on the comprehensive opinion authored by the Honorable Jonathan Mark to affirm Velez-Rivera's judgment of sentence. The parties are directed to attach a copy of Judge Mark's opinion in the event of further proceedings.

Judgment of sentence affirmed.

---

Pa.R.A.P. 3517 (failure to file docketing statement may result in dismissal of appeal). **See Order**, 12/29/22.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 4/25/2023